UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

In Re:

Ederne Olistin,

Case No.: __18-31978__

Judge: __KCF__

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by __Toyota Motor Credit Corp.__, creditor,

   A hearing has been scheduled for __March 27, 2019__, at __9:00 am__.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

I have just provided my attorney with a money order for $827.82 for my past due payments and another money order for $275.94 to pay my February 2019 payment. These two money orders should bring my account current. They are attached to this opposition.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 2 / 25 / 2019

/s/ Ederne Olistin
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

**POSTAL MONEY ORDER**

UNITED STATES POSTAL SERVICE

Serial Number: 25629841168
Year, Month, Day: 2019-02-23
Post Office: 083300
U.S. Dollars and Cents: $827.82
Eight Hundred Twenty Seven Dollars and 82/100
Clerk: 04

Pay to: Toyota Financial Services
Address: P.O Box 4102 Carol Stream IL 60197-4102
From: Ederne Olistin
Address: 27 Kennedy St, Iselin NJ 08830

:00000800 2¦:  25629841168

---

**POSTAL MONEY ORDER**

UNITED STATES POSTAL SERVICE

Serial Number: 25629841170
Year, Month, Day: 2019-02-23
Post Office: 083300
U.S. Dollars and Cents: $275.94
Two Hundred Seventy Five Dollars and 94/100
Clerk: 04

Pay to: Toyota Financial Services
Address: P.O Box 4102 Carol Stream IL 60197-4102
From: Ederne Olistin
Address: 27 Kennedy St, Iselin NJ 08830
Memo: Feb /19

:00000800 2¦:  25629841170