Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−31978−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ederne Olistin
    27 Kennedy Street
    Iselin, NJ 08830

Social Security No.:
    xxx−xx−9997

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/14/2019 and a confirmation hearing on such Plan has been scheduled for 03/27/2019.

The debtor filed a Modified Plan on 03/26/2019 and a confirmation hearing on the Modified Plan is scheduled for 05/08/2019@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 27, 2019
JAN: vpm

                                                                                                                    Jeanne Naughton
                                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-31978-KCF
Ederne Olistin                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 27, 2019
                              Form ID: 186             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
```
db          +Ederne Olistin,   27 Kennedy Street,   Iselin, NJ 08830-1724
cr          +CALIBER HOME LOANS, INC.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437
cr          +CALIBER HOME LOANS, INC.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
              Philadelphia, PA 19103-1814
517854578    Caliber Home Loans,   PO Box 619063,   Dallas, TX 75261-9063
517854580    HUD,   PO Box 1686,   Birmingham, AL 35201-1686
517854581    THE HOME DEPOT,   PO Box 12903,   Norfolk, VA 23541-0903
517854582    Toyota Financial Services,   PO Box 4102,   Carol Stream, IL 60197-4102
517964387   +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
              Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 23:45:23     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 23:45:19     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517854579    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 23:42:26
              CAPITAL ONE BANK (USA), N.A.,   PO BOX 71083,   CHARLOTTE, NC 28272-1083
517965228   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 27 2019 23:46:23     Caliber Home Loans, Inc.,
              13801 Wireless Way,   Oklahoma City, OK 73134-2500
517966369    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 23:42:28
              Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
              Norfolk VA 23541
517905153   +E-mail/Text: james.r.shear@hud.gov Mar 27 2019 23:46:07     US Department of HUD,
              52 Corporate Circle,   Albany, NY 12203-5166
                                                                                              TOTAL: 6
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
```
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Ederne   Olistin dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Nicholas V. Rogers    on behalf of Creditor   CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor   CALIBER HOME LOANS, INC. smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```