Form 196 – ntcadminerror

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 18−31978−KCF
                      Chapter: 13
                      Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ederne Olistin
   27 Kennedy Street
   Iselin, NJ 08830

Social Security No.:
   xxx−xx−9997

Employer's Tax I.D. No.:

**AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR**

     On 03/27/2019 a NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF was sent out by the Court which contained an administrative error.

     This notice hereby amends the notice to correct the following information:

Original incorrect information:
A Plan was filed in this matter on 1/14/2019 and a confirmation hearing on such Plan has been scheduled for 03/27/2019.

The debtor filed a Modified Plan on 03/26/2019 and a confirmation hearing on the Modified Plan scheduled for 05/08/2019@10:00 A.M., Accordingly, notice is hereby given that

Corrected to state:
PLAN WAS CONFIRMED ON 03/27/2019. HEARING NOT REQUIRED FOR PLAN FILED ON 03/26/2019.

     The amendment of this notice does not affect deadlines that have been previously set.

Dated: April 1, 2019
JAN: vpm

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ederne Olistin  
       Debtor

Case No. 18-31978-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Apr 01, 2019  
                      Form ID: 196        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
```
db             +Ederne Olistin,    27 Kennedy Street,    Iselin, NJ 08830-1724
cr             +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517854578       Caliber Home Loans,    PO Box 619063,    Dallas, TX  75261-9063
517854580       HUD,    PO Box 1686,    Birmingham, AL  35201-1686
517854581       THE HOME DEPOT,    PO Box 12903,    Norfolk, VA  23541-0903
517854582       Toyota Financial Services,    PO Box 4102,    Carol Stream, IL  60197-4102
517964387      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 02 2019 00:33:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 02 2019 00:33:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
517854579       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2019 00:36:46
                 CAPITAL ONE BANK (USA), N.A.,    PO BOX 71083,    CHARLOTTE, NC  28272-1083
517965228      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 02 2019 00:34:52      Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
517966369       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2019 00:52:31
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
517905153      +E-mail/Text: james.r.shear@hud.gov Apr 02 2019 00:34:43      US Department of HUD,
                 52 Corporate Circle,    Albany, NY 12203-5166
                                                                                              TOTAL: 6
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Ederne Olistin dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Sindi Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```