| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>817715<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: CALIBER HOME LOANS, INC. | Order Filed on May 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EDERNE OLISTIN | Case No: 18-31978 - KCF<br><br>Hearing Date: 05/08/2019<br><br>Judge: KATHRYN C. FERGUSON |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: May 23, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NJID 817715**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for CALIBER HOME LOANS, INC.</u>

UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| EDERNE OLISTIN | CASE NO. 18-31978 - KCF |
| | CHAPTER 13 |
| Debtor | |
| | CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION |
| | HEARING DATE: 05/08/2019 |

  This Consent Order pertains to the property located at 27 KENNEDY STREET, ISELIN, NJ 08830, mortgage account ending with "1555";

  THIS MATTER having been brought before the Court by, Donald C. Goins, Esquire attorney for debtor, EDERNE OLISTIN upon the filing of a Chapter 13 Plan, CALIBER HOME LOANS, INC. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

  IT IS on the _____ day of _____, 2019, ORDERED as follows:

  1. The debtor plan is hereby amended to allow **$ 34,864.25** to be paid to CALIBER HOME LOANS, INC.. Said amount reflects that found on CALIBER HOME LOANS, INC.'s Proof of Claim.

  2. Debtor is required to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in CALIBER HOME LOANS, INC.'s allowed secured proof of claim within **20 days** of the date of this Order.

  3. Debtor acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

      4.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
CALIBER HOME LOANS, INC.

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

Dated: _____

_____  Dated: _____
    Donald C. Goins, Esquire
    Attorney for debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-31978-KCF
Ederne Olistin                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: May 23, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db             +Ederne Olistin,    27 Kennedy Street,    Iselin, NJ 08830-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Ederne   Olistin dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert   Davidow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Sindi   Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8