| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>817715<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: CALIBER HOME LOANS, INC. | Order Filed on June 4, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EDERNE OLISTIN | Case No: 18-31978 - KCF<br><br>Hearing Date: 05/08/2019<br><br>Judge: KATHRYN C. FERGUSON |

**AMENDED CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 4, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NJID 817715**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for CALIBER HOME LOANS, INC.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

EDERNE OLISTIN                           CASE NO. 18-31978 - KCF

                                         CHAPTER 13

    Debtor

                                         AMENDED CONSENT ORDER RESOLVING
                                         OBJECTION TO CONFIRMATION

                                         HEARING DATE: 05/08/2019

    This Amended Consent Order pertains to the property located at 27 KENNEDY STREET, ISELIN, NJ 08830, mortgage account ending with "1555";

    THIS MATTER having been brought before the Court by, Donald C. Goins, Esquire attorney for debtor, EDERNE OLISTIN upon the filing of a Chapter 13 Plan, CALIBER HOME LOANS, INC. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    IT IS on the    4th    day of    June    , 2019, ORDERED as follows:

    1.    The debtor plan is hereby amended to allow **$ 34,864.25** to be paid to CALIBER HOME LOANS, INC.. Said amount reflects that found on CALIBER HOME LOANS, INC.'s Proof of Claim.

    2.    Debtor is required to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in CALIBER HOME LOANS, INC.'s allowed secured proof of claim within **20 days** of the date of this Order.

    3.    Debtor acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

    4.    This Amended Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
CALIBER HOME LOANS, INC.

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

Dated:  May 21, 2019

/s/ Donald C. Goins                    Dated: May 21, 2019
Donald C. Goins, Esquire
Attorney for debtor