Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–31978–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ederne Olistin
  27 Kennedy Street
  Iselin, NJ 08830

Social Security No.:
  xxx–xx–9997

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 4, 2019.

On October 28, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            December 3, 2019
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 29, 2019
JAN: rms

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-31978-MBK
Ederne Olistin                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 29, 2019
                              Form ID: 185             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
```
db          +Ederne Olistin,    27 Kennedy Street,    Iselin, NJ 08830-1724
cr          +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
cr          +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
              Philadelphia, PA 19103-1814
518261091   +A.G. an Infant, Natalie & Michael Geremia,    c/o Robert R. Mathias, Esq.,
              Barry, McTiernan & Wedinger, PC,    10 Franklin Ave.,    Edison, NJ 08837-3320
517854578    Caliber Home Loans,    PO Box 619063,    Dallas, TX  75261-9063
517854580    HUD,    PO Box 1686,    Birmingham, AL  35201-1686
518263727    Robert R. Methias, Esq.,    Barry, McTiernan & Wedinger, PC,    10 Franklin Avenue,
              Edison, NJ 08837-3320
517854581    THE HOME DEPOT,    PO Box 12903,    Norfolk, VA  23541-0903
517854582    Toyota Financial Services,    PO Box 4102,    Carol Stream, IL  60197-4102
517964387   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 29 2019 23:56:15     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 29 2019 23:56:11      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517854579    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 23:53:09
              CAPITAL ONE BANK (USA), N.A.,    PO BOX 71083,    CHARLOTTE, NC  28272-1083
517965228   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Oct 29 2019 23:57:04      Caliber Home Loans, Inc.,
              13801 Wireless Way,    Oklahoma City, OK 73134-2500
517966369    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 00:15:09
              Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
              Norfolk VA 23541
517905153   +E-mail/Text: james.r.shear@hud.gov Oct 29 2019 23:56:54     US Department of HUD,
              52 Corporate Circle,    Albany, NY 12203-5166
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
```
              Albert Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald C. Goins     on behalf of Debtor Ederne  Olistin dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Nicholas V. Rogers     on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert Davidow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Sindi Mncina     on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```