Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31978−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ederne Olistin
   27 Kennedy Street
   Iselin, NJ 08830

Social Security No.:
   xxx−xx−9997

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/4/20 at 09:00 AM

to consider and act upon the following:

*67* − Certification in Opposition to Certification of Default (related document:66 Creditor's Certification of Default (related document:53 Order on Motion For Relief From Stay) filed by Robert Davidow on behalf of CALIBER HOME LOANS, INC.. Objection deadline is 01/2/2020. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) filed by Creditor CALIBER HOME LOANS, INC.) filed by Donald C. Goins on behalf of Ederne Olistin. (Goins, Donald)

Dated: 1/3/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court