| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>817715<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: CALIBER HOME LOANS, INC. | Order Filed on January 27, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EDERNE OLISTIN | Case No: 18-31978 - MBK<br><br>Hearing Date: 12/03/2019<br><br>Judge: MICHAEL B KAPLAN |

### ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 27, 2020**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

NJID 817715
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for CALIBER HOME LOANS, INC.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    EDERNE OLISTIN          CASE NO. 18-31978 - MBK

                                                    CHAPTER 13

  Debtor                                           ORDER RESOLVING
                                                    OBJECTION TO CONFIRMATION

                                                    HEARING DATE: 05/08/2019

This Order pertains to the property located at 27 KENNEDY STREET, ISELIN, NJ 08830, mortgage account ending with "1555";

THIS MATTER having been brought before the Court by, Donald C. Goins, Esquire attorney for debtor, EDERNE OLISTIN upon the filing of a Chapter 13 Plan, CALIBER HOME LOANS, INC. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; substance and entry of the within Order; and for other and good cause shown:

IT IS on the _____ day of _____, 2020, ORDERED as follows:

1. CALIBER HOME LOANS, INC. has filed a valid, secured Proof of Claim in the amount of **$34,864.25** (claim no. 4).

2. The Trustee shall continue to pay the secured arrearage claim of CALIBER HOME LOANS, INC. in the amount of **$34,864.25** (claim no. 4). Should the Debtor qualify for a loan modification, the loan modification must be approved no later than **April 30, 2020 or as extended by the Court**.

3. If Loan Modification is approved, CALIBER HOME LOANS, INC. shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

4. If a loan modification is not approved by **April 30, 2020**, **or as extended by the Court,** the Debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

       5.    Debtor acknowledges that regular post-petition payments must be made to Secured Creditor pursuant to the Court's Loss Mitigation Order.

       6.    This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

       7.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.