Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–31978–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ederne Olistin
27 Kennedy Street
Iselin, NJ 08830

Social Security No.:
xxx–xx–9997

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/9/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 13, 2020
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-31978-MBK
Ederne Olistin                                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 13, 2020
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2020.
```
db          +Ederne Olistin,    27 Kennedy Street,    Iselin, NJ 08830-1724
cr          +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
              Philadelphia, PA 19103-1814
cr          +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
518261091   +A.G. an Infant, Natalie & Michael Geremia,    c/o Robert R. Mathias, Esq,
              Barry, McTiernan & Wedinger, PC,    10 Franklin Ave.,    Edison, NJ 08837-3320
517854578    Caliber Home Loans,    PO Box 619063,    Dallas, TX  75261-9063
517854580    HUD,    PO Box 1686,    Birmingham, AL  35201-1686
518263727    Robert R. Methias, Esq.,    Barry, McTiernan & Wedinger, PC,    10 Franklin Avenue,
              Edison, NJ 08837-3320
517854581    THE HOME DEPOT,    PO Box 12903,    Norfolk, VA  23541-0903
517964387   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 14 2020 01:22:58     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 14 2020 01:22:55     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517854579    EDI: CAPITALONE.COM Apr 14 2020 04:28:00      CAPITAL ONE BANK (USA), N.A.,   PO BOX 71083,
              CHARLOTTE, NC  28272-1083
517965228   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 14 2020 01:23:55     Caliber Home Loans, Inc.,
              13801 Wireless Way,    Oklahoma City, OK 73134-2500
517966369    EDI: PRA.COM Apr 14 2020 04:28:00      Portfolio Recovery Associates, LLC,
              c/o The Home Depot Consumer,    POB 41067,   Norfolk VA 23541
517854582    EDI: TFSR.COM Apr 14 2020 04:28:00      Toyota Financial Services,   PO Box 4102,
              Carol Stream, IL  60197-4102
517905153   +E-mail/Text: james.r.shear@hud.gov Apr 14 2020 01:23:47     US Department of HUD,
              52 Corporate Circle,   Albany, NY 12203-5166
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
```
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Ederne  Olistin dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert Davidow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```